McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-0032 EPG |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| JOVAN ESCALANTE, | |
| Defendant. | |

This complaint sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to JOVAN ESCALANTE, and be made public record.

DATED: February 12, 2018

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE