HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOVAN ESCALANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00048-LJO-SKO |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET BRIEFING SCHEDULE; ORDER** |
| vs. | |
| JOVAN ESCALANTE, | Date: February 4, 2019<br>Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jovan Escalante, that the status conference currently scheduled for February 4, 2019, at 1:00 p.m. may be vacated and that a briefing schedule may be set as follows:

- Any motions to be filed on or before April 29, 2019
- Any oppositions to be filed on or before May 20, 2019
- Any replies to be filed on or before June 10, 2019
- Motion hearing on any motions on June 17, 2019, or on any date thereafter that is acceptable to the court

On December 18, 2018, this matter was set for a jury trial on July 16, 2019. At the December 18, 2018 hearing, the government requested a motions schedule and the February 4,

2019 status conference was set to address a motions schedule. The parties have met and conferred regarding a motions schedule and the dates requested above are mutually agreeable dates for both parties. This request is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties and the Court.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 30, 2019        */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2019        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOVAN ESCALANTE

# **O R D E R**

The status conference currently scheduled for February 4, 2019, at 1:00 p.m. is hereby vacated and the briefing schedule herein is accepted. Jury trial remains set for July 16, 2019.

IT IS SO ORDERED.

Dated: **January 30, 2019**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE